**Order entered September 11, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00639-CR

**VICENTE BARRUETA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-70647-J**

## ORDER

Appellant's Motion for Rehearing is **DENIED**.


/s/    KERRY P. FITZGERALD
        JUSTICE